[No. 48955-1-I.   Division One.   October 15, 2001.]

*In the Matter of the Personal Restraint of* Gerald Labensky, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[Nos. 18722-5-III; 19311-0-III.   Division Three.   October 18, 2001.]

AGAMERICA, FCB, *Plaintiff,* v. GEORGE J. NELSON, ET AL., *Appellants,* THE FARMERS HOME ADMINISTRATION, ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for Kittitas County, No. 95-2-00288-1, Michael E. Cooper and Michael W. Leavitt, JJ., entered August 16, 1999 (18722-5-III) and March 28, 2000 (19311-0-III). *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.

[Nos. 18957-1-III; 18958-9-III.   Division Three.   October 18, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL W. YACINICH, *Appellant.*

Appeals from judgments of the Superior Court for Chelan County, Nos. 98-1-00589-1 (18957-1-III) and 99-1-00192-4 (18958-9-III), Lesley A. Allan, J., entered December 8, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19088-9-III.   Division Three.   October 18, 2001.]

ROBERT A. NUNES, *Respondent,* v. THERESE M. MALONEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-00462-7, Ellen K. Clark, J., entered June 16, 2000. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.